# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| United States of America, | **JUDGMENT IN A CRIMINAL CASE** |
| Plaintiff(s), | |
| v. | Case No. 19-cr-00314-ADM-BRT-1 |
| John Sheldon Pickens, Jr | |
| Defendant(s). | |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED THAT:**

Defendant John Sheldon Pickens' Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 [Docket No. 164] is **DENIED.**


Date: March 22, 2024                    Kate M. Fogarty, Clerk